| | | |
|---|---|---|
| United States District Court | Southern District of Texas | |

United States District Court
Southern District of Texas
**ENTERED**
August 04, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Josephine Lawong Kinaka, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-20-2630 |
| | § | |
| Attorney General of the United States, *et al.* | § § § | |
| | § | |
| Defendants. | § | |

## Order on Records

By August 5, 2020, the government must file all of its records showing why Josephine Lawong Kinaka was arrested and detained.

Signed on August 3, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge