United States District Court
Southern District of Texas
**ENTERED**
August 05, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSEPHINE LAWONG KINAKA, § § Petitioner, § § v. § § WILLIAM BARR, § United States Attorney General, et al. § § Respondents. § § | Civil Action No. H-20-2630 |

# ORDER

IT IS HEREBY ORDERED that Respondents' Motion for Enlargement of Time to File Answer is GRANTED.

Respondents shall have thirty (30) additional days to respond to Petitioner's complaint.

IT IS ORDERED that Respondents' answer date has been reset to September 4, 2020.

SIGNED at Houston, Texas, this 5 day of August 2020.

LYNN N. HUGHES
United States District Judge