| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
February 07, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Josephine Lawong Kinaka | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-20-2630 |
| William Barr, *et al.*, | § § § | |
| Defendants. | § | |

## Order on Dismissal

The August 18, 2020, motion to dismiss by William Barr is denied as moot. (6)

Signed on February  5 , 2021 at Houston, Texas.

Lynn N. Hughes
United States District Judge