United States District Court
Southern District of Texas
**ENTERED**
October 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Josephine Lawong Kinaka § § § Plaintiff, § § versus § § William Barr, *et al.*, § § Defendants. § | Civil Action H-20-2630 |

## Final Dismissal

Having been notified that Josephine Lawong Kinaka was deported, this case is dismissed.

Signed on October __15__, 2021 at Houston, Texas.

*N. Hughes*
Lynn N. Hughes
United States District Judge